

400 Berwyn Park
899 Cassatt Road
Berwyn, PA  19312-1183
610.640.7800
Fax 610.640.7835

Mark T. Dabertin
direct dial:  610-640-7841
dabertim@pepperlaw.com

May 14, 2020

*Federal Express – Tracking No. 4566-0638-4135*

Robert F. Salvin, Esq.
Philadelphia Debt Clinic and Consumer Law Center
2 Bala Plaza, Suite 300
Bala Cynwyd, PA  19004

Re:   **Communications with WLCC and Related Entities**

Dear Mr. Salvin:

This letter relates to the email messages you and I have exchanged regarding consumer lending conducted through various arms of the Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota (the "Oglala Sioux Tribe"). The latter is a federally-recognized sovereign American Indian Tribe. I understand from our client, Wakpamni Lake Community Corporation ("WLCC"), which is one of those arms, that you have been contacting WLCC and its subsidiaries via phone, not knowing whether the subject entity is represented by Pepper Hamilton LLP.  There are, indeed, a number of tribal entities involved in such lending, and I am sending this letter with the aim of clarifying things for you.

The Wakpamni Lake Community (the "Community") is a tribal municipal government of the Oglala Sioux Tribe, and is located within the Wakpamni District on the Pine Ridge Indian Reservation in South Dakota WLCC, is the wholly owned economic development arm of the Wakpamni Lake Community tribal municipal government.

As you are likely aware, Tribal governments have all the same responsibilities as any government, however, they have no tax revenue to provide governmental services. Tribal land is held in trust by the federal government and therefore non-taxable, sales taxes essentially go to the state government, and our population is usually too small and impoverished for an effective income tax.  Thus, tribal governments must participate in the private marketplace to generate

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh | Detroit |
| Berwyn | Harrisburg | Orange County | Princeton | Rochester | Silicon Valley | Wilmington |

www.pepperlaw.com

Exhibit "B"                                                                 001



Robert F. Salvin, Esq.
Page 2
May 14, 2020

governmental revenue. As such, tribes create economic development arms, and own grocery stores, casinos, hotels, etc. WLCC is the economic development arm of the Community government.

The Pine Ridge Indian Reservation, and specifically the Wakpamni Lake Community, remain some of the most impoverished areas in the United States. As such, WLCC participates in many industries in its work to try and develop a local economy and to generate income for the government, industries such as construction, agriculture, and financial services. Within the financial services arena, WLCC owns different companies, one of the subsidiary companies of WLCC includes, *inter alia*, WLCC Lending BGL d/b/a Bison Green Lending . Those entities, as well as other lending subsidiaries of WLCC are government entities. They are wholly owned arms of the Wakpamni Lake Community tribal municipal government, and arm of and a subsidiary government of the federally recognized Oglala Sioux Tribe. As such, they operate in full compliance with tribal laws. In addition, they are entitled to Tribal Sovereign Immunity. Moreover, all of them are represented by Pepper Hamilton. For the avoidance of doubt, our representation includes WLCC Director of Compliance Bret Crandall, and all employees of WLCC.

WLCC provides lending services to its subsidiaries and places a particularly strong emphasis on offering first-rate customer service. In addition to providing general customer service support for handling questions and concerns, WLCC maintains a Consumer Complaint Tribal Hotline for matters that can only be resolved with special assistance. Any customer can call and receive for service to address their concerns, however, to the best of our knowledge you are not a customer, nor do you represent a WLCC customer.

Please note, that non-customers who call WLCC to gather information about how WLCC and its subsidiaries operate are likely to come away frustrated, by design. For competitive reasons, privacy concerns, possible reputational harm flowing from inaccurate information being given out by persons who lack sufficient knowledge, and a host of other reasons, WLCC does not permit its service agents and employees to speak freely with non-customers, including persons claiming to be consumer advocates, reporters, lawyers, etc. To this end, please note that persons making such calls expose unwary employees or agents who misguidedly provide information to potential discipline or discharge.

In view of the above, I respectfully request that you direct all future inquiries concerning WLCC to me. If I am unable to answer your questions, I will try and find someone who is able to assist – assuming your inquiry relates to information that WLCC chooses to make public; e.g., I recently sent you a copy of the lending laws of the Oglala Sioux Tribe. In this regard,



Robert F. Salvin, Esq.
Page 3
May 14, 2020

consistent with other companies, WLCC maintains strict controls over its non-public information and restricts access to such information to persons who have a valid reason to know.

In closing, I hope this letter proves helpful. Please call or email me if you have any questions or require further clarification.

Sincerely,

*Mark T. Dabertin*

Mark T. Dabertin

MTD/tr