12/11/2020 2:34:12 PM

wlcc loan - Google Sear ×  |  Bison Green Lending ×  |  WLCC Lending All, Near ×  |  Fox Hills Cash : Installe ×  |  Explore Credit ×  |  +

https://www.bisongreen.com/AboutUs.aspx

communications    cloud    legal    media    others    reference    Shopping    social media    tech                    Other favorites

877-670-8891    🔒 Apply Now



**BISON GREEN**

About Us      Loan Cost      Terms      FAQ      Contact Us
                                                        Login

## Welcome to Bison Green Lending of the Pine Ridge Indian Reservation!

WLCC Lending BGL does business as Bison Green Lending and is a Native American owned company operating within the boundaries of the Pine Ridge Indian Reservation in South Dakota. Pine Ridge is home to various business and economic endeavors that support our tribal members. Bison Green Lending provides term loans to qualified borrowers following all federal and state regulations and guidelines for lending. We are pleased to offer financial services to you, our respected customers, and in turn provide jobs and development on the reservation.

*Enjoy the following video:*



An Unlikely Solution - Abridged Version (7 min) from An Unlikely Solution on Vimeo.

Watch the full version here.

## Tips for responsible borrowing

Did you know, traditional banks have so many costs that they typically only make money with loans of at least $5,000? Online installment loans offer you more options to borrow less, so you can pay off your balance quicker and get back on your feet.

Credit card late fees, utility bill reconnect fees, and bounced check fees typically have an annual percentage rate that is higher than a term loan. Installment loans can be the smarter option to bridge the gap in your finances.

But remember, installment loans are still an expensive form of borrowing and are only intended to help you for your emergency financial needs. Check out these other resources for ways to manage debt wisely:

- National Foundation for Credit Counseling
- Consumer Credit Counseling Services
- Free financial tools help you Learn, Build & Grow | Debt.com

*Please Note:* This is an expensive form of borrowing and it is not intended to be a long term financial solution. Examples of emergency reasons why these loans might be used include unexpected emergencies, car repair bills, medical care, or essential travel expenses. An example of our loan charges is a $200 loan with interest of 664% of about every ___ days (bi-weekly), 148 days overall for a total of 10

**Exhibit "C"**    001

installments and an overall finance charge of $460.41 equalling an APR of 673.23%.

All installment loans are underwritten by WLCC Lending BGL doing business as Bison Green Lending. Bison Green Lending is a Native American owned business operating within the interior boundaries of the Pine Ridge Reservation of the Oglala Sioux Tribe, a sovereign nation located in the United States. WLCC Lending BGA dba Bison Green Lending is an instrumentality and limited liability company which abides by all applicable federal laws, and by all regulations as established by the Oglala Sioux Tribe of South Dakota.

Typically Bison Green Lending reviews your information in real-time to determine whether your information meets our lending criteria. You acknowledge that by completing and submitting the website application that you are applying for a loan. We verify applicant information through national databases including, but not limited to, Clarity and Factor Trust and we may pull your credit in order to determine your eligibility and ability to repay.

Bison Green Lending does not lend to residents of CT, MN, NY, SD, VA, VT, WV Guam, Puerto Rico. Availability of installment loans are subject to change at any time at the sole discretion of Bison Green Lending.

Home | Rates | Terms | Faq | Privacy Policy | Apply Now | Members | Contact Us |

© 2017 - 2018 WLCC Lending BGL dba Bison Green Lending. All Rights Reserved.

 

Exhibit "C"                                    002





Exhibit "C"                                003



# What is an online installment loan?

An installment loan is a specific amount of money you borrow and then pay back split up into equal payments within a certain time frame.

With Explore Credit our super simple online process gets you approved in just minutes and your funds in as little as two business days.



**explore credit**

How it Works

Rates & Terms

Rewards & Perks

About Us

Affiliates & Licenses

Contact Us

Apply Now

Log In

Privacy Policy          Terms & Conditions          Licenses, Affiliations & Regulatory

844-355-5626 / 844-355-LOAN          Explore Credit Operational Dept., P.O. Box 260269, Atlanta, GA 30326

All installment loans are underwritten by WLCC Lending JEM doing business as Explore Credit. Explore Credit is a Native American owned business operating within the interior boundaries of the Pine Ridge Reservation of the Oglala Sioux Tribe, a sovereign nation located in the United States.

WLCC Lending JEM is an entity of the Wakpamni Lake Community Corporation (WLCC), a tribal corporation wholly owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local municipal subsidiary government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC. As a tribal government, the Wakpamni Lake Community Corporation is a sovereign corporation and follows all applicable tribal and federal laws. State laws, regulations, and interest rates are not applicable to WLCC Lending JEM DBA Explore Credit or WLCC.

Typically, Explore Credit reviews your information in real-time to determine whether your information meets our lending criteria. You acknowledge that by completing and submitting the website application that you are applying for a loan. We verify applicant information through national databases including, but not limited to, Clarity and Factor Trust and we may pull your credit to determine your eligibility and ability to repay.

Explore Credit does not lend to residents of MD, VA, SD, WV, NY, PA, AK, GA, CA Guam and Puerto Rico. Availability of installment loans are subject to change at any time at the sole discretion of Explore Credit.

Please Note: Installment loans should be used for short-term financial needs only, not as a long-term financial solution. Customers with credit difficulties should seek credit counseling. Explore Credit will only allow a customer to have one loan at a time.

© Copyright 2020. Explore Credit All Rights Reserved

Exhibit "C"          004

12/11/2020 2:32:52 PM



Call Us: 866-677-1500 ✉ | Login

**FOX HILLS CASH** | Home | Apply | Login | FAQ | Rates | Contact Us

## Need Cash?

Receive up to $500 by Tomorrow*!

Apply today! It's fast and easy

**$ Apply to Get Cash!**

**HOW IT WORKS**

3 EASY STEPS TO FOLLOW

1 Fill Out The Form    2 Get Approved    3 Receive Money

## Welcome to Fox Hills Cash!

Cash flow problems occur for any number of reasons. Unexpected expenses come up to cause problems for your finances. Sometimes bills are due before you get your paycheck and you need cash to avoid penalties and fees. Improving cash flow with a direct deposit in your account in 24 hours can go a long way in ensuring you avoid bigger problems due to lack of funds.

Getting the cash you need is easy. You can apply now by providing the information requested above; completing the application takes just a few minutes and is secure and confidential. You will receive confirmation of your instant pre-approval and a representative will contact you to finish the verification process. Once final approval is given, the money goes directly into your bank account on the next business day, so you can have the cash you need as early as tomorrow*.

*First time customers may qualify up to a max amount of $500. You will receive the deposit the next business day following your loan approval (for applications processed by 6:30 p.m. EST)*

### Get Approved Now

| | |
|---|---|
| Loan Amount | $200.00 ▾ |
| First Name * | |
| Last Name * | |
| Email * | |
| Zip Code * | |

**$ Apply to Get Cash!**

Apply | Login | Contact Us | Rates & Terms | Privacy Policy | Terms & Conditions | FAQ



WLCC Lending FHC, Fox Hills Cash is an entity of the Wakpamni Lake Community Corporation (WLCC), a tribal corporation wholly owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC is wholly owned by the Wakpamni Lake Community local tribal government, and it operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC.



© 2020 Fox Hills Cash LLC.
All rights reserved.





### As Fast as Tomorrow

Once we've verified your information and your loan is approved, your money is typically deposited directly into your bank account the next business day.

### Flexible Terms

With an Arrowhead Advance installment loan, you can make payments over time or pay your loan off early without a penalty. In fact, we don't charge any hidden fees.

## Our 3-step online application is simple.



Complete and submit the easy, safe two-minute online application.



A Verification Specialist will contact you shortly after to review your information.



Upon approval, your cash will be deposited into your bank account the following business day.

When you need cash fast, without hassles, think Arrowhead Advance.

**APPLY NOW**

---

**NEED CASH?**
Apply Now

**LEARN MORE**
How It Works
FAQs
Rates & Terms
Loyalty Program
About

**OUR PROMISE**
Site Security
Texting Policy
License

**HAVE QUESTIONS?**
Contact Us

**CHAT NOW**

**RETURNING CUSTOMERS**
SIGN IN

**Arrowhead**Advance

© 2020, ArrowheadAdvance.com | All Rights Reserved

IMPORTANT DISCLOSURES: WLCC II DBA Arrowhead Advance is an entity of the Wakpamni Lake Community Corporation (WLCC), a tribal corporation wholly owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC. As a tribal government, the Wakpamni Lake Community Corporation is a sovereign corporation and follows all applicable tribal and federal laws. State laws, regulations, and interest rates are not applicable to WLCC II DBA Arrowhead Advance or WLCC. To apply for a loan, you must have a valid checking account and email address. In most cases loans will be funded the next business day without requiring faxing of information unless we are able to verify your application information.

CONSUMER NOTICE: Installment loans should be used for short-term financial needs only, not as a long-term financial solution. Customers with credit difficulties should seek credit counseling. Arrowhead Advance will only allow a customer to have one loan at a time. Once the loan is paid in full successfully a customer may reapply for another loan.

Exhibit "C"                                    007







## Installment Loan

Get the money you need Fast and Easy! Even adjust the number of your re-payments to get the payment amount you need with a call to our friendly customer service folks.

**APPLY NOW**

Exhibit "C"                                    008

## Refinance Rewards

Get rewarded for making your payments! When you pay back $250 of your principal, you qualify for MORE MONEY! AND we refinance your remaining balance to the LOWER RATE of your new loan! More Money and a Lower Rate?! Now THAT'S a reward! No signup required!

**APPLY NOW**

## Customer testimonials

 **LaCondra N.**
... excellent treatment.

 **Elizabeth C.**
I am now confident that I have someone I can turn to.

 **Deanna P.**
I didn't have to go through any embarrassing paperwork.

 **Patrick J.**
... tremendous customer service.

 **Patrick J.**
... thank you for making my emergency situation much less stressful.

 **Lori W.**
I will most definitely recommend you to my friends!

*On approved credit

## Stay Updated

Your email     **SUBMIT**

WLCC Lending AIL D/B/A GoodLoansFast is an entity of the Wakpamni Lake Community Corporation (WLCC) a tribal corporation wholly owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC is wholly owned by the Wakpamni Lake Community local tribal government, and it operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC.

### About Us

Good Loans Fast is a consumer lending company specializing in online installment loans. Unlike many other lending companies, we offer flexible payment options that empower our customers to better control their finances. As a direct lender, we provide

### Talk To Us

📞 (888) 522-2848

✉ customerservice@goodloansfast.com

📄 PO Box 212
   Batesland, SD 57716

### Send us a message

Your name

Your email

Message

**SEND**

**Exhibit "C"**                    **009**

immediate and secure service with no credit checks, no middle-men, and fast, friendly customer service representatives. We value our customers and understand that customer loyalty is earned. Apply now and experience the difference.

© Good Loans Fast | All Rights Reserved

Home     FAQs     Rates     Contact Us     Privacy Policy     Terms & Conditions

Legal



## Apply Online

Skip the hassle of going to a physical location in your area, and apply online within the comfort of your home.



## Fast Turnaround

We can process your application and get you the money you need in as little as 24 hours.*



## Installment Plan

Get your cash all at once, but when you pay it back, choose an installment plan, and do it at your pace.

* Once we receive your application a customer service representative may reach out to you to verify your information. If your loan is approved and you sign your loan documents before 12:30 CST, generally your loan proceeds will be available same day, otherwise loan proceeds are available next business day.

Exhibit "C"                    011

# USE FUNDS FOR...



### Everyday Bills

Feel free to use the funds for whatever you need, including everyday expenses like groceries, rent, and utility bills.



### Unexpected Expenses

Everyone has unexpected costs at one point or another. If you find yourself in need of extra cash, our loan's there to bail you out.



### Emergencies

Emergencies are a part of life. But no matter what emergency surprises you, if you're in need of funds, we're here to help.

# WHY CHOOSE US?

## The answer is simple!

 RECEIVE FUNDS QUICKLY
 SIMPLE PAYMENT PLANS
 FAST APPLICATION PROCESS

USE FUNDS TO PAY FOR ANYTHING

APPLY CONVENIENTLY ONLINE

**One Call May Get You Approved!**
**APPLY WITH US NOW!**



**APPLY NOW**

Exhibit "C"                                              012



Home

Contact Us

Site Map

Terms of Use

Privacy Policy





© 2020 Rapid Loan.
All Rights Reserved.

Max loan amount is $800 for first time loan customers. $2000 is the max loan for returning customers. Not everyone that applies and is approved will qualify for the maximum loan amount.

WLCC Lending TLP dba Rapid Loan is an entity of the Wakpamni Lake Community Corporation (WLCC), a tribal corporation wholly owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC is wholly owned by the Wakpamni Lake Community local tribal government, and it operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC.

***Please note: This is an expensive form of borrowing. Rapid Loan Installment loans are designed to assist you in meeting your short-term borrowing needs and are not intended to be a long term financial solution. Examples of emergency reasons why these loans might be used include unexpected emergencies, car repair bills, medical care, or essential travel expenses.

This is a term installment loan with approximate equal payments, but you have the right to prepay without penalty at any time.

You acknowledge that by completing an submitting the website application that you are applying for a Loan. We verify applicant information through national databases including, but not limited to, Clarity, Factor Trust, and Data X and we may pull your credit in order to determine your eligibility and ability to repay.

By submitting this form, you are giving your express written consent for Rapid Loan to contact you regarding financial programs and services using email, telephone or text – including use of automated technology, for calls or texts to the number you provided on your application. This consent is not required to utilize our services. Click here to see our full Privacy Policy.

Rapid Loan does not lend to residents of Alaska, Arkansas, Colorado, Connecticut, District Of Columbia, Florida, Hawaii, Maryland, Minnesota, North Carolina, New Jersey, New York, Pennsylvania, South Dakota, Vermont, Virginia, West Virginia, Puerto Rico and U.S. Virgin Islands. Availability of Rapid Loan Installment loans are subject to change at any time at the discretion of Rapid Loan.



12/11/2020 2:40:08 PM

**Title Loan Fast**
WHERE ONLINE MAKES THE DIFFERENCE

HOME    APPLY    PAYMENTS    MORE∨



Get an *Instant* Email Quote!

First Name | Last Name
Email | Select State..
Cell Phone | Vehicle Year
Vehicle Make | Vehicle Model
Vehicle Style | Loan Amount
Vehicle Mileage | Monthly Income

☑ I authorize TitleLoanFast.com and its affiliates to contact me by text using the information I provided above for marketing purposes, and acknowledge I have read, understand and agree to the terms of our Wireless Policy.

**GET A FREE QUOTE NOW**

By submitting my information, I authorize TitleLoanFast.com and its affiliates to contact me by email or phone using the information I provided above for marketing purposes.



**Step 1:**

**Apply Online**

When you apply, you will need a free and clear vehicle title in your name



**Step 2:**

**Online Inspection**

Send images of your vehicle so an inspection can be



**Step 3:**

**Get Approved**

Your application will be reviewed and once approved...



**Step 4:**

**Get Your Cash**

Your funds will be deposited into your bank account

Exhibit "C"                    014

## We're the #1 Choice for Anyone Who Needs Quick Cash!



✔ Get up to $5,000 Without Leaving Your Home

✔ No Traditional Credit Checks

✔ Keep Driving Your Car

✔ Same Day Approvals

**✔ Apply Now**

## Getting an Installment Title Loan Online Is Easy!

Title Loan Fast is the premiere source for easy to obtain completely online title loans. Taking out installment title loans online with Title Loan Fast is an extremely simple process, and, as our name implies, it is *fast*!  Our expert loan staff makes receiving your online title loan simple, quick, and hassle-free. What is a title loan? Learn more here.

## Make Sure You Meet Our Requirements

At Title Loan Fast, we offer you an excellent option for getting the cash you need quickly.  With our fast title loans, you need a free and clear car title in your name with no liens or other encumbrances, proof of residency which could be in the form of a utility bill, bank statement, etc. in your name. In addition, you will need to send images of the vehicle so an inspection can be completed.  We do not require you to hand over your keys.



**Exhibit "C"**                    **015**

**Proof of Residency**

## Get the Money You Need without Leaving Home!

At Title Loan Fast, we understand that life does not always go as planned and emergency situations can come up at any time.  We offer short-term loans with competitive interest rates, so that means you can get the quick cash you need without it costing you an arm and a leg. You also avoid the headache of dealing with traditional lenders and banks that often have long, drawn-out, and complex processes in order for you to obtain an instant title loan.

## Why Choose Title Loan Fast?

Title Loan Fast is the leading provider of online title loans, providing a completely hassle-free way to get the cash you need. If you would like more information about receiving an online title pawn, please visit the "How It Works" and "FAQ" tabs above. Here you can find more information about the title loan process and answers to questions from previous customers.

## We Are a Direct Lender

Applying for rapid online title loans from direct lenders such as Title Loan Fast is extremely simple and requires only a few minutes of your time.  We will work quickly to get a loan offer to you, and if you agree to the terms, you will have the money in your bank account in as little as one business day.

## If You Need Emergency Funds, We're Here to Help!

Whether there is an unexpected medical expense, a surprise bill, or you just can't quite make it to your next payday, Title Loan Fast has a loan for you.  Our expert loan staff will ensure you have no questions, your loan request is handled professionally, and you receive your title loan *fast*! Learn how to get title loans with no store visit here.

### Online Resources

How Do Car Title Loans Work?

Online Car Title Loans

How to Pawn My Car Title for Cash

Get Same Day Title Loans

Get an Instant Title Loan

### Company Policies

Our Privacy Policy

Contact US

Our Requirements

Rates & Terms

States & Services

Glossary

### Online Services

24 Hours Title Loans

Car Title Loans Completely Online

Online Title Loans in the U.S

Online Title Loans with No Credit Checks

**Exhibit "C"**          016

Alaska • Delaware • Florida • Iowa • Indiana • Kentucky • Louisiana • Maine • New Mexico •

North Dakota • Oklahoma • Ohio • California • Missouri • Tennessee • Wyoming •

North Carolina • Rhode Island

Black Hawk Financial is an entity of the Wakpamni Lake Community Corporation (WLCC), a tribal corporation wholly owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC is wholly owned by the Wakpamni Lake Community local tribal government, and it operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC.  Please Note: Our loans can be a very expensive way to borrow. They should be used for emergencies and as a short-term solution and should not be considered as a long-term financial solution.



Ready to Get the Funds You Need?

✔ Apply Now

**Hours of Operation**

Sunday – Saturday 8 a.m. – 8 p.m. EST
Note: Our website is open and accepting applications **24-hours a day** every day of the year.

*Title Loan Fast © 2020.*

Exhibit "C"                                          017

12/11/2020 2:43:19 PM



## Our Line of Credit Is As Easy As 123







**Apply Online**

With our plain and simple online application, it's quick, secure and confidential.

**Get an Answer in Seconds**

No waiting and no guessing. We'll tell you how much you're approved for in moments.

**Get Cash as Soon as Tomorrow!**

If approved, your funds will be deposited as early as the next business day (for transactions completed by 4PM ET)*.

## CATCH UP ON LIFE'S EXPENSES.

Avoid bounced checks get a line of credit until your next payday. When your car breaks down, you run out of cell phone minutes, or your bills are overdue, use MyBackWallet.com to cover life's little expenses.

It only takes 5 minutes to apply for up to $1500. Fill in the short application and follow the directions to get approved. Money is sent to your bank the same day that your approval is complete. This means that the funds can be available to you as early as the next business day.

On your due date, the fees are automatically deducted from your bank account, unless you choose one of the different payment options.

Exhibit "C"                                                018

**Phone:** 1-855-708-6654 or 1-605-877-3593

**Fax:** 1-855-607-8516



HOME   HOW IT WORKS   FAQ   MY ACCOUNT

Apply For Credit /   My Account /   Rates /   Privacy Policy /   Join.Me Support Session /   TeamViewer /   Contact US

© MyBackWallet.com - Approval Today in 2 Easy Steps.

WLCC LENDING MSS DBA MYBACKWALLET is an entity of the Wakpamni Lake Community Corporation (WLCC), a tribal corporation wholly owned by the Wakpamni Lake Community. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC is wholly owned by the Wakpamni Lake Community local tribal government, and it operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC.

Wakpamni Lake Community Corporation, 1 Wakpamni Lake Road, Wakpamni Lake, SD 57716

Exhibit "C"                                           019



## Why Choose The Gan Eden Group?

**Emergency Cash when you need it most.**
A short-term loan can help you and your family meet unexpected expenses or simply get you through to the next paycheck. Short-term loans can also help you avoid late fees, utility reconnect fees, and bank overdraft charges.

**Funds usually available next day.**
Fully approved and verified applications are typically funded the next business day. Some loans may be eligible for same day funding! Please make sure you are available via phone and email in the event more information is required.

**All credit types considered.**
The Gan Eden Group is an option for people with all credit types. We will verify your employment and banking information to determine if you can pay back the loan. If everything checks out, we are happy to work with you!

**Lightning fast approvals.**
After completing our fast online application form, you will receive an immediate response. Pending verification of your identity and the accuracy of your loan application, we will guide you step-by-step until the money is deposited into your bank account.



## Frequently Asked Questions

➖ What kind of loans do you offer?

The Gan Eden Group offers short term consumer loans often used to cover unexpected expenses. These loans are not intended to meet long-term financial needs.

➕ How much can I borrow?

Exhibit "C"

Do I need to have great credit?

When will I receive my loan?

Why is The Gan Eden Group better than other lenders?

Is my personal information secure?

How can I contact you?

Call us toll-free at:
**1-855-888-0133**

For a comprehensive list of FAQs, please click here.

*"I needed a fast loan for an emergency bill, and The Gan Eden Group saved me from a very tough short term situation. Thank you!"*

*"...always been a good customer."*

*~Amanda J.*

**About The Gan Eden Group**

WLCC Lending GEG d/b/a TheGanEdenGroup.com is a subsidiary agency of Wakpamni Lake Community Corporation, an arm and entity organized under and governed by the laws of the Oglala Sioux Tribe of the Pine Ridge Reservation, a sovereign nation located within the United States of America, and is operating within the Tribe's Reservation. Click here to view our lending license.

PO Box 71
#1 Wakpamni Lake Housing
Batesland, SD 57716
Phone: 1.855.888.0133
Hours: Mon - Fri, 8:00 AM to 11:00 PM EST

Inquiries: clientservices@theganedengroup.com
For repayment arrangements, please click here.

If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Wakpamni Lake Community Consumer Complaint Tribal Hotline at 1 - (800) 677-3860 between the hours of 9 AM and 5 PM EST Monday through Friday. If this is your first call to Customer Service, please call 1.855.888.0133 between the hours of 8 AM and 11 PM EST Monday through Friday. If you would like a copy of the Tribal Credit Code of the Wakpamni Lake Community Corporation of the Oglala Sioux Tribe, please email us at coderequest@WLCCCompliance.com.

**Contact us**

Name

Your e-mail

Phone

Message

Submit

© 2020 The Gan Eden Group

TERMS & CONDITIONS | PRIVACY POLICY



Exhibit "C"                    021





12/7/2019 10:41:44 PM

# CONTACT US

Questions or Concerns contact our customer service department below.

Customer Service: 866-898-9573

**EMAIL CUSTOMER SERVICE: SUPPORT@CHECKADVANCEUSA.NET**

Contact by Mail:
P.O. Box 181 Batesland, South Dakota 57716

Corporate headquarters (no mail):
1 Wakpamni Lake Road
Wakpamni Lake, SD 57716

If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Wakpamni Lake Community Consumer Complaint Tribal Hotline at 1 - (800) 677-3860 between the hours of 9 AM and 5 Pm MST Monday through Friday. If this is your first call to Customer Service, please call 866-898-9573

HOME | APPLICATION | HOW IT WORKS | RATES & TERMS | CONTACT | MEMBERS AREA | PRIVACY POLICY

Copyright © 2010, CheckAdvanceUSA.net All Rights Reserved.

Please Note: Our loans can be a very expensive way to borrow. They should be used for emergencies and as a short-term solution and should not be considered as a long-term financial solution.

Checkadvanceusa.net is an entity of the Wakpamni Lake Community Corporation (WLCC), a tribal corporation wholly owned by the Wakpamni Lake Community and abides by all applicable federal laws and regulations as established by the Oglala Sioux Tribe. The Wakpamni Lake Community is a local government under the Oglala Sioux Tribe. WLCC is incorporated under and governed by the laws of the Oglala Sioux Tribe, a federally recognized Indian Tribe, and the regulations of the Wakpamni Lake Community. WLCC is wholly owned by the Wakpamni Lake Community local tribal government, and it operates independently of the Oglala Sioux Tribe. Correspondence should be directed to WLCC.

12/14/2020 12:41:50 PM





## Why Choose Fast Day Loans?

**Emergency Cash when you need it most.**
A short-term loan can help you and your family meet unexpected expenses or simply get you through to the next paycheck. Short-term loans can also help you avoid late fees, utility reconnect fees, and bank overdraft charges.

**Lightning fast approvals.**
After completing our fast online application form, you will receive an immediate response. Pending verification of your identity and the accuracy of your loan application, we will guide you step-by-step until the money is deposited into your bank account.

**All credit types considered.**
Fast Day Loans is an option for people with all credit types. We will verify your employment and banking information to determine if you can pay back the loan. If everything checks out, we are happy to work with you!

**Funds usually available next day.**
Fully approved and verified applications are typically funded the next business day. Some loans may be eligible for same day funding! Please make sure you are available via phone and email in the event more information is required.

# Frequently Asked Questions



☐ What kind of loans do you offer?

> Fast Day Loans offers short term consumer loans often used to cover unexpected expenses. These loans are not intended to meet long-term financial needs.

☐ How much can I borrow?

☐ Do I need to have great credit?

☐ When will I receive my loan?

☐ Why is Fast Day Loans better than other lenders?

☐ Is my personal information secure?

☐ How can I contact you?

For a comprehensive list of FAQs, please click here.

**Call us toll-free at:**
**1-855-888-0131**



*"I needed a small cash infusion until the next paycheck for groceries. Fast Day Loans came through for me with no hassles."*
*~James D.*

**About FastDayLoans.com**

WLCC Lending FDL d/b/a FastDayLoans.com is a subsidiary agency of Wakpamni Lake Community Corporation, an arm and entity organized under and governed by the laws of the Oglala Sioux Tribe of the Pine Ridge Reservation, a sovereign nation located within the United States of America, and is operating within the Tribe's Reservation. Click here to view our lending license.

PO Box 44
#1 Wakpamni Lake Housing
Batesland, SD 57716
Phone: 855-888-0131
Hours: Mon - Fri, 8:00 AM to 11:00 PM EST

Inquiries: clientservices@fastdayloans.com
For repayment arrangements, please click here.

If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Wakpamni Lake Community Consumer Complaint Tribal Hotline at 1 - (800) 677-3860 between the hours of 8 AM and 5 PM EST Monday through Friday. If this is your first call to Customer Service, please call 855-888-0131 between the hours of 8 AM and 11 PM EST Monday through Friday. If you would like a copy of the Tribal Credit Code of the Wakpamni Lake Community Corporation of the Oglala Sioux Tribe, please email us at coderequest@WLCCCompliance.com.

**Contact us**

Name

Your e-mail

Phone

Message

Submit

Exhibit "C"

025

© 2020 FastDayLoans.com

TERMS & CONDITIONS | PRIVACY POLICY

Exhibit "C"                                    026

12/14/2020 10:14:22 PM



## CONSUMER FIRST CREDIT

Questions? Call us, toll-free, at **855-876-8585**

FAQ     CONTACT

**APPLY**     **LOGIN**

### Fill out our convenient online application form today.

How much do you want to borrow?   $500   Amount: **$500** .00   **APPLY NOW**

- **APPLY.** IT'S FAST AND EASY
- **GET APPROVED.** USUALLY WITHIN MINUTES
- **COLLECT FUNDS.** 100% PRIVATE AND SECURE

## Why Choose Consumer First Credit?

**Emergency Cash when you need it most.**
A short-term loan can help you and your family meet unexpected expenses or simply get you through to the next paycheck. Short-term loans can also help you avoid late fees, utility reconnect fees, and bank overdraft charges.

**All credit types considered.**
Consumer First Credit is an option for people with all credit types. We will verify your employment and banking information to determine if you can pay back the loan. If everything checks out, we are happy to work with you!

**Funds usually available next day.**
Fully approved and verified applications are typically funded the next business day. Some loans may be eligible for same day funding! Please make sure you are available via phone and email in the event more information is required.

**Lightning fast approvals.**
After completing our fast online application form, you will receive an immediate response. Pending verification of your identity and the accuracy of your loan application, we will guide you step-by-step until the money is deposited into your bank account.

## Frequently Asked Questions



What kind of loans do you offer?

Consumer First Credit offers short term consumer loans often used to cover unexpected expenses. These loans are not intended to meet long-term financial needs.

How much can I borrow?

**Exhibit "C"**     **027**

➕ Do I need to have great credit?

➕ When will I receive my loan?

➕ Why is Consumer First Credit better than other lenders?

➕ Is my personal information secure?

➕ How can I contact you?

For a comprehensive list of FAQs, please click here.

Call us toll-free at:
**1-855-876-8585**



"*Consumer First Credit helped me greatly when I received an unexpected bill. It was the only way we were able to pay rent.*"
*~Ashley S.*

**About Consumer First Credit**

Consumer First Credit (WLCC Lending CFC) is a subsidiary agency of Wakpamni Lake Community Corporation, an arm and entity organized under and governed by the laws of the Oglala Sioux Tribe of the Pine Ridge Reservation, a sovereign nation located within the United States of America, and is operating within the Tribe's Reservation.
Click here to view our lending license.

WLCC Lending CFC
DBA Consumer First Credit
PO Box 194, #1 Wakpamni Lake Housing,
Batesland, SD, 57716
Phone: 855-876-8585
Hours: Mon - Fri, 8:00 AM to 11:00 PM EST

Inquiries: clientservices@consumerfirstcredit.com
For repayment arrangements, please click here.

If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Wakpamni Lake Community Consumer Complaint Tribal Hotline at 1 - (800) 677-3860 between the hours of 9 AM and 5 PM EST Monday through Friday. If this is your first call to Customer Service, please call 855-876-8585 between the hours of 8 AM and 11 PM EST Monday through Friday. If you would like a copy of the Tribal Credit Code of the Wakpamni Lake Community Corporation of the Oglala Sioux Tribe, please email us at coderequest@WLCCCompliance.com.

**Contact us**

Name

Your e-mail

Phone

Message

Submit

© 2020 Consumer First Credit

TERMS & CONDITIONS | PRIVACY POLICY

WAKPAMNI LAKE COMMUNITY CORPORATION
Consumer Loan License

# CONSUMER LOAN LICENSE

Pursuant to Section 7 of the Consumer Loan Ordinance, as duly enacted by the Oglala Sioux Tribe ("Tribe"), a federally recognized Indian Tribe, and adopted by Wakpamni Lake Community Corporation ("WLCC"), an arm and entity of the Tribe, as amended from time to time, and as the authority vested with the authority to issue licenses for purposes of WLCC's consumer lending business:

## WLCC LENDING CFC DBA CONSUMER FIRST CREDIT

**is hereby issued a Consumer Loan License and is authorized to provide consumer financial services in accordance with Consumer Loan Ordinance**

**Date Issued:  September 27, 2018**
**Expiration Date:  September 27, 2020**

*Geneva Lone Hill*

**Geneva Lone Hill, Wakpamni Lake Community President**

**License No. FS-33 CONSUMER FIRST CREDIT**

WLCC LENDING CFC DBA CONSUMER FIRST CREDIT