





Exhibit "E"

001



### No Closing Cost* Mortgage Refinance as low as 3.375% APR!*

Lower your monthly payment with a no closing cost* refinance! With exclusive fixed rates as low as 3.375% APR*, lock in now and enjoy lower payments and no closing costs. Apply by December 31 and see how much interest you can save.

**LEARN MORE ABOUT OUR NO COST REFI***

### Revolutionize Your Savings

Our great savings and Certificate rates can help you reach your goals faster! Take advantage of our special 1.25% APY* 15 Month Certificate/IRA or 1.15% APY* 11 Month Jumbo Certificate/IRA today! Our personalized products are made for our members to ensure that they have a secure financial future.

**START EARNING MORE NOW**



### 3.99% APR* Balance Transfer for Life

If you are looking to consolidate your debt, save on interest and lower your payments, consider our 3.99% APR* Balance Transfer for Life offer and potentially save hundreds in interest payments!

**LEARN MORE**

## Featured Rates

**10 Year Mortgage**

**2.375%**

Interest Rate

**VIEW ALL RATES**

**15 Month Certificate/IRA Special**

**1.25%**

APY*

**VIEW ALL RATES**

**High Yield Savings**

**0.50%**

APY*

**VIEW ALL RATES**

**Home Equity**

**2.49%**

APR*

**VIEW ALL RATES**

## HOW MUCH HAVE WE GIVEN BACK TO MEMBERS?

Imagine a bank that you own! As a member, you are an owner of American Heritage Credit Union. So far this year, we have paid our members in dividends:







800-342-0008
Routing Number
#236082944

2060 Red Lion Road
Philadelphia, PA
19115

American Heritage & The Community     Member Services

Membership Benefits     Careers

   

Privacy Statement | Disclosures | Terms of Use

Copyright ©2020 American Heritage Credit Union. All Rights Reserved.

     





Exhibit "E"     004

#236082944

2060 Red Lion Road
Philadelphia, PA
19115

   

Privacy Statement | Disclosures | Terms of Use

Copyright ©2020 American Heritage Credit Union. All Rights Reserved.

    

Exhibit "E"     005