UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. MILLER for himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.,<br><br>GENEVA LONE HILL; BRET A. CRANDALL III; RAYCEN RAINES, III; JOHN DOE #1; and JOHN DOE #2,<br><br>    Defendants. | No. 21-00338 |

## Affidavit of Service

    I, Robert F. Salvin, Esq., state under penalty of perjury that on March 8, 2021, I served the summons and complaint in this case upon Bret A. Crandall, III, in accordance with F.R.C.P. No. 4(e)(1) and Pa.R.C.P. Nos. 402(a)(2)(iii), at one of Mr. Crandall's regular places of business, Learn2comply, LLC, 1515 Market Street, Suite 1200, Philadelphia, PA 19102. I went to the office and handed the summons and complaint to the receptionist who acknowledged that I was at the office for Learn2comply, LLC, that Mr. Crandall was an employee of the company, and that she was authorized to accept it. The receptionist was an agent of Learn2comply, LLC, or was the person at the time being in charge of the office.

Respectfully submitted,

_____

Robert F. Salvin (RFS2522)
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
215-300-2388
215-271-2820 (fax)
robert.salvin@outlook.com