## **CERTIFICATE OF SERVICE**

    I, David K. Lukmire, Esquire hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing *Opposition of Motion to Compel* to be electronically filed pursuant to the Court's electronic filing system, and that the document is available for downloading and viewing from the Court's electronic filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                                 *s/ David K. Lukmire*
                                                                  David K. Lukmire

Dated: December 3, 2021