**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM C. MILLER for himself and others similarly situated, : : : Plaintiff, : : v. : : GENEVA LONE HILL, BRET A. CRANDALL; RAYCEN RAINES, III; JOHN DOE #1; and JOHN DOE #2, : : : Defendants. | Civil Action No. 2:21-cv-00338-NIQA |

**ORDER**

AND NOW, this _____ day of December 2021, upon consideration of Plaintiff's motion to compel (ECF No. 22), and all responses to the motion, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
Hon. Nitza I. Quiñones Alejandro
United States District Judge