UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. MILLER for himself and others similarly situated, | No. 21-00338 |
| Plaintiff, | |
| v., | |
| GENEVA LONE HILL; BRET A. CRANDALL III; RAYCEN RAINES, III; JOHN DOE #1; and JOHN DOE #2, | |
| Defendants. | |

Order

AND NOW, this _____ day of _____, 20___, it is ordered:

William C. Miller's motion for leave to serve a third set of interrogatories on defendants is granted. Miller is authorized to serve the proposed third set of interrogatories attached to his motion as Exhibit "R."

_____
NITZA I. QUIÑONES ALEJANDRO
Judge, United States District Court

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. MILLER for himself and others similarly situated,<br><br>Plaintiff,<br><br>v.,<br><br>GENEVA LONE HILL; BRET A. CRANDALL III; RAYCEN RAINES, III; JOHN DOE #1; and JOHN DOE #2,<br><br>Defendants. | No. 21-00338 |

**Plaintiff's Motion for Leave to**
**Serve Third Set of Interrogatories on Defendants**

Plaintiff moves for leave to serve a third set of interrogatories on the defendants and relies on the following:

1. The attached memorandum of law;

2. Plaintiff's complaint;

3. The proposed third set of interrogatories attached to this motion as Exhibit "R;" and

4. Exhibit "P" and any other exhibit filed in the case that could be relevant.

WHEREFORE, plaintiff requests leave to serve the proposed third set of interrogatories on the defendants together with any other relief that is just and appropriate.

Respectfully submitted,

_____
Robert F. Salvin (RFS2522)
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
215-300-2388
215-271-2820 (fax)
robert.salvin@outlook.com

## Certificate of Service

I, Robert F. Salvin, Esq., certify that defendant's counsel will receive notice of the filing of the forgoing motion through the courts' ECF system.

_____
Robert F. Salvin (RFS2522)
Two Bala Plaza, Suite 300
Bala Cynwyd, PA  19004
215-300-2388
215-271-2820 (fax)
robert.salvin@outlook.com