IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM C. MILLER, individually and on behalf others similarly situated** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-0338** |
| **v.** | : | |
| **GENEVA LONE HILL,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 28th day of February 2022, upon consideration of Defendants' *motion to compel responses to Defendants' October 8, 2021 requests for production of documents*, [ECF 29], and Plaintiff's response, [ECF 30], it is hereby **ORDERED** that Defendants' motion is **DENIED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Defendants seek to compel Plaintiff to comply with the October 8, 2021 requests for production of documents. Specifically, Defendants contend that Plaintiff's responses to the requests were unspecific, particularly, because it is unclear whether Plaintiff was withholding any documents in connection with particular requests. In response, Plaintiff argues that he has produced all the documents he has in connection with his claims against Defendants. Plaintiff further represents that he is not withholding any documents apart from those protected by the attorney-client privilege, and that he has made good faith efforts to try to obtain relevant documents by searching his online bank records and emails, and by visiting his bank. Since it appears that Plaintiff has produced all relevant, discoverable documents in his possession and has made a good faith attempt to obtain additional documents, Defendant's motion to compel is denied.