IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM C. MILLER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-338 |
| v. | : | |
| **GENEVA LONE HILL,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 12th day of July 2022, is hereby **ORDERED** that a final pretrial conference will be conducted by telephone on August 9, 2022, at 2:00 P.M. Counsel are instructed to use the following dial-in information: telephone number 888-684-8852; passcode 6968838. Lead trial counsel for each party are required to attend.

Fourteen (14) days prior to this telephonic final pretrial conference, all parties shall file a pretrial memorandum that comports with Local Rule 16.1(c). Any failure to comply with this Order may result in sanctions.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*